$1 R \sigma \tau \tau, \sigma$

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___NOV 2 2 2006___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELEKTRA ENTERTAINMENT GROUP INC., a            :
Delaware corporation; LONDON-SIRE             :
RECORDS INC., a Delaware corporation;
CAPITOL RECORDS, INC., a Delaware
corporation; MOTOWN RECORD COMPANY,            :    Civil Action No.: 06-cv-5399 (PAC)
L.P., a California limited partnership; and SONY
BMG MUSIC ENTERTAINMENT, a Delaware            :    NOTICE OF SUBSTITUTION OF
general partnership,                          :    COUNSEL

                    Plaintiffs,               :

          -against-                           :

MYRNA ROUSE,                                  :

                    Defendant.                :
_____ x

IT IS HEREBY AGREED that ROBINSON & COLE, LLP, of 885 Third Avenue,
Suite 2800, New York, New York, is hereby substituted as counsel of record for Plaintiffs in the
above-action in place of COWAN, LIEBOWITZ & LATMAN, P.C., of 1133 Avenue of the
Americas, New York, New York 10036. Attached hereto is a declaration in support of order of
substitution of counsel pursuant to Local Rule 1.4.

Dated: New York New York
          September 12, 2006

ROBINSON & COLE, LLP                           COWAN, LIEBOWITZ & LATMAN, P.C.

By: _____                  By: _____
      Brian R. Moran (BM-8573)                       J. Christopher Jensen (JJ-1864)
      Richard N. Guida (RG-5147)                     Jason D. Sanders (JS-2219)
      885 Third Avenue, Suite 2800                   Maryann E. Penney (MP-0741)
      New York, New York 10022                       1133 Avenue of the Americas
      Phone (212) 451-2900                            New York, New York 10036-6799
      Fax: (212) 451-2999                             Phone: (212) 790-9200
                                                      Fax: (212) 575-0671

                                               SO ORDERED: NOV 2 2 2006

                                               _____
                                                           U.S.D.J.

25369/485/762971.1